UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **WESTON REED,**<br><br>　　　　　　　**Plaintiff,**<br>v.<br><br>**MOLINA HEALTHCARE, INC. and CR INSURANCE GROUP,LLC,**<br><br>　　　　　　**Defendants.** | Case No. C 3:21-cv-01851-JD6172<br><br>**DEFENDANT CR Insurance Group, LLC's FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CR Insurance Group, LLC. ("CR") hereby discloses the following corporate information:

　　　　CR Insurance Group, LLC has no parent corporation, and there are no publicly traded corporations that own ten percent or more of CR Insurance Group, LLC's stock.

　　　　Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED this 26th day of May 2021.


　　　　　　　　　　　　　　　　　　By: /s/ Brian Horwitz

　　　　　　　　　　　　　　　　　　Attorney for Defendant Molina Healthcare, Inc.

1