COOLEY LLP
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
SHARON SONG (313535)
(ssong@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
Molina Healthcare, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTON REED,<br><br>    Plaintiff,<br><br>    v.<br><br>MOLINA HEALTHCARE, INC. and CR INSURANCE GROUP, LLC,<br><br>    Defendants. | Case No. 3:21-cv-01851-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MOLINA HEALTHCARE, INC.'S MOTION TO DISMISS THE COMPLAINT AND STRIKE CLASS ALLEGATIONS**<br><br>Date:    July 8, 2021<br>Time:   10:00 a.m.<br>Dept:    Courtroom 11, 19th floor<br>Judge:   Hon. James Donato<br><br>Complaint Filed:   March 16, 2021 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
MOLINA'S MOT. TO DISMISS AND STRIKE
CASE NO. 3:21-CV-01851-JD

Defendant Molina Healthcare, Inc.'s ("Molina") Motion to Dismiss the Complaint and Strike Class Allegations (the "Motion") came on for hearing before this Court on July 8, 2021 at 10:00 a.m.  After consideration of the briefs and arguments of counsel, and all other matters properly presented to the Court, including any evidence thereon as permitted by the relevant authority, the Court orders as follows:

Plaintiff Weston Reed's ("Plaintiff") Class Action Complaint (Dkt. No. 1 (the "Complaint")) is dismissed in its entirety under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.  Plaintiff fails to allege the required elements of his claims brought under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA").  Plaintiff fails to adequately allege that Molina, or an agent acting on its behalf, called his cellular telephone.  Plaintiff also fails to sufficiently allege that an artificial or prerecorded voice or an automatic telephone dialing system was used to call him.  Plaintiff's first cause of action fails for the additional reason that Plaintiff provides no factual basis to allege Molina's knowing or willful violation of the TCPA.

The class allegations are further stricken from the Complaint under Federal Rule of Civil Procedure 12(f).  Plaintiff's Autodialer and Robocall proposed classes include individuals who have no standing.  Plaintiff's NDNC proposed class is unsupported by a private right of action under Section 227(b) of the TCPA, pursuant to which Plaintiff brings his claims.

Accordingly, Molina's Motion to Dismiss the Complaint is **GRANTED**, and Plaintiff's Complaint is **DISMISSED** in its entirety, with prejudice.  Molina's Motion to Strike the Class Allegations is **GRANTED**, and the class allegations are **STRICKEN** from the Complaint.

**IT IS SO ORDERED**.

Dated: _____   By:_____
                                        The Honorable James Donato
                                        United States District Judge

Cooley LLP
Attorneys at Law
San Francisco

2

[Proposed] Order Granting
Molina's Mot. to Dismiss and Strike
Case No. 3:21-cv-01851-JD