# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: June 24, 2021  Judge: Hon. James Donato

Time: 5 Minutes

Case No.  **3:21-cv-01851-JD**
Case Name  **Reed v. Molina Healthcare, Inc. et al**

Attorney(s) for Plaintiff(s):  Frederick J. Klorczyk III
Attorney(s) for Defendant(s):  Kathleen R. Hartnett/Steven McFarlane

Deputy Clerk: Lisa R. Clark  Court Reporter: Katherine Sullivan

## PROCEEDINGS

Initial Case Management Conference -- Held (by remote access)

## NOTES AND ORDERS

The request to strike class allegations included in the motion to dismiss, Dkt. No. 24, is denied. The remainder of the motion to dismiss is taken under submission. *See* Civil L.R. 7-1(b). By July 1, 2021, the parties will file a joint statement explaining their plan for alternative dispute resolution, or requesting referral to a magistrate judge.