COOLEY LLP
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
SHARON SONG (313535)
(ssong@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
Molina Healthcare, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTON REED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLINA HEALTHCARE, INC. and CR INSURANCE GROUP, LLC,<br><br>Defendants. | Case No. 3:21-cv-01851-JD<br><br>**STIPULATION UNDER LOCAL RULE 6-1(b) EXTENDING THE TIME FOR MEDIATION** |

Plaintiff Weston Reed ("Plaintiff") and Defendants Molina Healthcare, Inc. ("Molina") and CR Insurance Group, LLC ("CR Insurance") (collectively, the "Parties") submit the following stipulation pursuant to Local Rule 6-1(b).

**RECITALS**

WHEREAS, on July 1, 2021, Plaintiff and Molina submitted a Joint Statement Regarding the Plan for Alternative Dispute Resolution, agreeing to have Jill R. Sperber, Esq. serve as the mediator in this action (ECF No. 33);

WHEREAS, on July 2, 2021, CR Insurance also filed its agreement to have Ms. Sperber serve as the mediator in this matter (ECF No. 34);

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME
FOR MEDIATION
3:21-cv-01851-JD

WHEREAS, on July 7, 2021, the Court issued an order directing the Parties to participate in private mediation as jointly proposed (ECF No. 35);

WHEREAS, the current deadline for the Parties to hold the mediation under ADR Local Rule 3-7 is October 5, 2021;

WHEREAS, based on Ms. Sperber and the Parties' availabilities, the Parties' mediation is scheduled to occur on October 7, 2021;

WHEREAS, the Parties' counsel agreed to extend the current deadline for the mediation by two days pursuant to Local Rule 6-1(b).

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, pursuant to Local Rule 6-1(b), that:

1. The time for the Parties to hold a mediation shall be extended by 2 days until October 7, 2021; and

2. Nothing herein shall be deemed a waiver of any rights or defenses by any party.

Dated: October 5, 2021                COOLEY LLP

                                      By: /s/ Kathleen R. Hartnett
                                          Kathleen R. Hartnett

                                      Attorney for Defendant
                                      Molina Healthcare, Inc.


Dated: October 5, 2021                BURSOR & FISHER, P.A.

                                      By: /s/ Frederick J. Klorczyk III
                                          Frederick J. Klorczyk III

                                      Attorney for Plaintiff
                                      Weston Reed

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION TO EXTEND TIME
FOR MEDIATION
3:21-CV-01851-JD

Dated: October 5, 2021                     ELP GLOBAL PLLC

                                           By: /s/ Vincent B. Lynch
                                               Vincent B. Lynch

                                           Attorney for Defendant
                                           CR Insurance Group, LLC

### ATTESTATION REGARDING SIGNATURES

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 5, 2021                     COOLEY LLP

                                           By: /s/ Kathleen R. Hartnett
                                               Kathleen R. Hartnett

                                           Attorney for Defendant
                                           Molina Healthcare, Inc.

### ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 6, 2021                     _____
                                           The Honorable James Donato
                                           United States District Judge

257643139

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION TO EXTEND TIME
FOR MEDIATION
3:21-CV-01851-JD