**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III (State Bar No. 320783)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: fklorczyk@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTON REED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLINA HEALTHCARE, INC. and CR INSURANCE GROUP, LLC,<br><br>Defendants. | Case No.  3:21-cv-01851-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CR INSURANCE GROUP, LLC WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Weston Reed, by and through his undersigned counsel of record, hereby dismisses his claims against Defendant CR Insurance Group, LLC without prejudice.

Dated: November 29, 2021        **BURSOR & FISHER, P.A.**

By:   */s/ Frederick J. Klorczyk III*

Frederick J. Klorczyk III (State Bar No. 320783)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: fklorczyk@bursor.com

*Attorneys for Plaintiff*